


June 9, 2025

**VIAECF**

The Honorable Dale E. Ho
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> The Court is in receipt of the endorsed letter. The Clerk of Court is respectfully directed to terminate ECF No. 40.
>
> SO ORDERED.
>
> /s/ Dale E. Ho
> Dale E. Ho
> United States District Judge
>
> Dated: June 10, 2025
> New York, New York

Re: *Mondano et al v. Banks et al*, 1:24-cv-08241-DEH-HJR

Dear Judge Ho:

    As Your Honor may recall, the undersigned represents the Plaintiffs in the above referenced matter. On June 3, 2025, Plaintiff moved this Court for a Temporary Restraining Order seeking certain immediate relief. *See* ECF Nos. 39, 40, 41. Plaintiff is withdrawing this motion and respectfully requests this Court withdraw the motion from the docket.

    Plaintiffs thank the Court for its courtesy and consideration in this matter.

Respectfully submitted,

/s/ Kenneth Willard
Kenneth Willard, Esq.
105 East 34th Street #190
New York, NY 10016
(646)850-5035
ken@pabilaw.org

Cc: All Counsel of Record via ECF.