UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2025
```

JOSEPH MONDANO, *individually and as parent and natural guardian of* L.M.,

                              Plaintiff,

        -v-

DAVID C. BANKS, *et al.*,

                              Defendants.

**ORDER**

24-CV-8241 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 9, 2025, the undersigned heard oral arguments from the Parties regarding their motions for summary judgment.  The Parties are directed to order the transcript from the December 9, 2025 oral arguments using the following link: https://sdreporters.com/secure/order.php by **January 5, 2026** and to split the cost incurred.

**SO ORDERED.**

Dated: December 29, 2025
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge