UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
**JOSEPH MONDANO**, as Parent and Natural
Guardian of **L.M.,** and **JOSEPH MONDANO,**
Individually,

                                                     24-cv-08241
                                                     (DEH)(HJR)

                       Plaintiff,

        -against-                                      **JOINT** ~~**PROPOSED**~~ **JUDGMENT**

**MELISSA AVILES-RAMOS**, in her official capacity
as Chancellor of the **NEW YORK CITY
DEPARTMENT OF EDUCATION**, and the **NEW
YORK CITY DEPARTMENT OF EDUCATION,**

                      Defendants.
-------------------------------------------------------------------------X

      **WHEREAS** Plaintiff commenced this action on October 30, 2024, under the Individuals

with Disabilities Education Act ("IDEA"), 20 U.S.C. 1400 *et seq.*, seeking an order modifying

the August 2, 2024, Pendency Order in HO Case No. 277244, and directing Defendants to fund,

as pendency, L.M.'s special transportation services during the pendency of the administrative

proceedings.

      **WHEREAS** on March 19, 2025, Plaintiff filed a Motion for Summary Judgment [ECF

No. 26]; and on May 5, 2025, Defendants filed a Cross-Motion for Summary Judgment [ECF

No. 34].

      **WHEREAS** on January 5, 2026, United States Magistrate Judge Henry J. Ricardo issued

a Report & Recommendation ("R&R") [ECF No. 72] which recommended granting Plaintiff's

Motion and denying Defendants' Motion. The R&R further recommended remanding the case to

the IHO "for further determinations as to the Sisters Agreement." (*Id.* at 30).

**WHEREAS** on March 2, 2026, this Court entered a Memorandum Opinion and Order overruling the parties' objections to the R&R and adopting the R&R in full. [ECF No. 77].

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that, for the reasons stated in the Court's Memorandum Opinion and Order dated March 2, 2026, Plaintiff's motion for summary judgment is hereby granted, and Defendants' cross-motion for summary judgment is hereby denied. This matter is hereby remanded to the IHO to determine transportation costs, including late fees.

The Clerk of the Court is directed to enter Judgment as set forth above.

Dated: March 26, 2026
     New York, New York

 

                                DALE E. HO
                         United States District Judge

The Clerk of Court is respectfully directed to close the case.